# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANTHONY PACK,<br><br>Petitioner,<br><br>v.<br><br>R.B. BARNES, Warden,<br><br>Respondent. | Case No. 1:13-cv-00585-DAD-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Suzanne M. Peery has succeeded R.B. Barnes as acting warden of California correctional Facility, Susanville, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Suzanne M. Peery, Acting Warden, California Correctional Facility, Susanville, California, as Respondent.

IT IS SO ORDERED.

Dated: __July 27, 2016__                                   /s/ *Sheila K. Oberto*
                                                                             UNITED STATES MAGISTRATE JUDGE

1