# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANTHONY PACK,<br><br>        Petitioner,<br><br>  v.<br><br>SUZANNE M. PEERY, Acting Warden, CCF Susanville,<br><br>        Respondent. | Case No. 1:13-cv-00585-DAD-SKO HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 44) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in Pleasant Valley State Prison, Coalinga, California. As a result, Scott Frauenheim, Warden of Pleasant Valley State Prison, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Scott Frauenheim, Warden, Pleasant Valley State Prison, as Respondent.

IT IS SO ORDERED.

Dated: __**May 8, 2017**__                   /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE